UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL INSPECTION & ANALYSIS, INC. and IIA LAB SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NADIA IBRAHIMI, GAVIN BRILHANTE, AND ADVANCED TESTING & CALIBRATION SERVICES, LLC,<br><br>Defendants. | NO. 2:26-cv-01395<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND ADVANCED TESTING & CALIBRATION SERVICES LLC'S DEADLINE TO ANSWER PLAINTIFFS' COMPLAINT |

THIS MATTER having come before the undersigned Judge of the above-entitled Court, on Advanced Testing & Calibration Services, LLC's Stipulated Motion to Extend Advanced Testing & Calibration Services, LLC's Deadline to Answer the Complaint (the "Stipulated Motion"), and the Court having considered the motion and the pleadings herein, it is NOW THEREFORE ORDERED that the Stipulated Motion is hereby GRANTED.  The new deadline for Advanced Testing & Calibration Services, LLC to answer the Complaint is June 4, 2026.

DATED this 26th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND
ADVANCED TESTING & CALIBRATION SERVICES LLC'S
DEADLINE TO ANSWER PLAINTIFFS' COMPLAINT – 1