UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INDUSTRIAL INSPECTION & ANALYSIS, INC. and IIA LAB SERVICES, LLC,

Plaintiffs,

v.

NADIA IBRAHIMI, GAVIN BRILHANTE, AND ADVANCED TESTING & CALIBRATION SERVICES, LLC,

Defendants.

No. 2:26-cv-01395-RSM

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES**

## I. ORDER

This matter having come before the Court on the Parties' Stipulated Motion to Extend Deadlines, and the Court finding good cause to extend the requested deadlines, now therefore, The Court GRANTS the motion and it is hereby ORDERED:

- The deadline for Plaintiffs' response to Defendants' Motion for Entry of Trade Secret Identification, Phased Discovery, and Protective Order ("the Motion"), Dkt. 34, is extended from September 8, 2026 to **September 25, 2026**.

- The deadline for Defendants' reply in support of the Motion is extended from September 10, 2026 to **October 2, 2026**.

IT IS SO ORDERED.

DATED this 8th day of September, 2026.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE